### Tabak, Appellant, *v.* Tailored Trend, Inc.

Argued December 10, 1968. *Ida Tabak,* appellant, in propria persona; *John F. Ledwith,* with him *Joseph R. Thompson,* for appellee.

Order affirmed.